**Phillips & Paolicelli, LLP**
747 3rd Avenue, 6th Floor
New York, New York, 10017
Phone: 212-388-5100;
Fax 212-388-5200
Attorneys for Plaintiff
By: Steven Phillips, Esq.
   (Attorney ID # 007601984)
   Victoria E. Phillips, Esq.
   (Attorney ID # 020732004)
   Melissa Stewart, Esq.
   (Pro hac vice to be applied for)
   *Attorneys for Plaintiffs*

**Szaferman Lakind**
 **Blumstein & Blader, P.C.**
101 Grovers Mill Road, Suite 200
Lawrenceville, New Jersey 08534
Phone: 609-275-0400;
Fax: 609-275-4511
By: Arnold Lakind, Esq.
   (Attorney ID# 002581973)
   Robert Lytle, Esq.
   (Attorney ID# 046331990)
   *Attorneys for Plaintiffs*

**Cooney & Conway**
120 N. Lasalle Street, Suite 3000
Chicago, Illinois 60602
Phone: 312-236-6166;
Fax 312-236-3029
Attorneys for Plaintiff
By: Kevin Cooney, Esq.
(Pro hac vice to be applied for)
   Michael Lubeck, Esq.
(Pro hac vice to be applied for)
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACY ALLEN<br><br>　　　　Plaintiff,<br><br>v.<br><br>A CLEMENTE, INC.; ANTHONY CLEMENTE, INC.; SOLVAY SPECIALTY POLYMERS, USA, LLC; SOLVAY SOLEXIS, INC.; ARKEMA, INC.; E.I. DU PONT DE NEMOURS & COMPANY; THE CHEMOURS COMPANY; THE CHEMOURS COMPANY FC, LLC; THE 3M COMPANY; AND JOHN DOE ENTITIES #1-20<br><br>　　　　Defendants. | CASE NO. 1:22-cv-00396-NLH-AMD<br><br>CIVIL ACTION<br><br><br><br><br><br>**NOTICE OF MOTION TO REMAND**<br><br>Return Date: May 2, 2022 |

#5922307v1{00068868}

PLEASE TAKE NOTICE that on May 2, 2022, at 10:00 A.M., or as soon thereafter as counsel may be heard, attorneys for the Plaintiff(s) above, shall move, pursuant to 28 U.S.C. § 1447 before the Honorable Noel L. Hillman, United States District Court Judge for the District of New Jersey, at the Mitchell H. Cohen Building & U.S. Courthouse, 4th & Cooper Streets, Camden, NJ 08101 for the entry of an order remanding this case to the New Jersey Superior Court, and for such other relief as the Court deems just and proper; and

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff(s) shall rely upon the accompanying memorandum of law and attorney declaration with exhibits.

By: /s/ *Arnold C. Lakind*
Arnold C. Lakind
Robert Lytle
SZAFERMAN, LAKIND,
 BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Rd. Ste. 200
Lawrenceville, N.J. 08648
Tel. (609) 275-0400
Fax. (609) 275-4511

/s/ *Steven J. Phillips*
Steven J. Phillips
Victoria Phillips
 Melissa Stewart (*pro hac vice to be submitted*)
PHILLIPS & PAOLICELLI, LLP
747 Third Avenue, 6TH Floor
New York, NY 10017
Tel.: (212) 388-5100
Fax. (212) 388-5200

/s/ *Kevin Conway*
Kevin Conway (*pro hac vice to be submitted*)
 Michael J. Lubeck (*pro hac vice to be submitted*)
COONEY & CONWAY, LLP
120 N. Lasalle Street, Suite 3000
Chicago, IL 60602
Tel.: (800) 322-5573
*Attorneys for Plaintiffs*

Dated: April 7, 2022

#5922307v1{00068868}